UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   22-cr-1004-JLS |
| Plaintiff, | |
| v. | |
| KENNEDY CARR, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the motion hearing trial setting currently set for June 3, 2022, at 1:30 p.m. be continued to July 15, 2022 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  May 31, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge