UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   22-cr-01004-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| KENNEDY BERNARD CARR, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for August 12, 2022, at 1:30 p.m. be continued to October 14, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  August 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge