UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Untied States , <br><br>　　　　　　　　　Plaintiff, <br><br> v. <br><br> Kennedy Bernard Carr, <br><br>　　　　　　　　　Defendant. | Case No.:  22-CR-1004-JLS <br><br> **Order Continuing Motion Hearing** |

　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for October 14, 2022 at 1:30 p.m., in the above entitled case, be continued to November 10, 2022 at 1:30 p.m.

　　The parties agree that the further time is excludable under 18 U.S.C. sections 3161(h)(1)(G), in the interests of justice, and 3161(h)(7)(A), to allow the defense reasonable time to prepare.

　　**IT IS SO ORDERED.**
Dated:  October 5, 2022

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

22-CR-1004-JLS