UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Untied States , <br>                                   Plaintiff, <br> v. <br> Kennedy Bernard Carr, <br>                                 Defendant. | Case No.:  22-CR-1004-JLS <br><br> **Order Continuing Motion Hearing** |

     Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for November 10, 2022 at 1:30 p.m., in the above entitled case, be continued to December 9, 2022 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date within one week of this order.

     The parties agree that the further time is excludable under 18 U.S.C. sections 3161(h)(1)(G), in the interests of justice, and 3161(h)(7)(A), to allow the defense reasonable time to prepare.

     **IT IS SO ORDERED.**

Dated:  November 7, 2022

                                                        *Janis L. Sammartino* <br>
                                                        Hon. Janis L. Sammartino <br>
                                                        United States District Judge